MA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**FILED**

MAR 07 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

U. S. Bank Natl. Association

**Plaintiff(s)**

Case No. 12-CV-1185

V.

Refugio R. Flores

**Defendant(s)**

## MOTION TO RECONSIDER JUDGMENT & CONFIRMATION OF SALE

Here comes the defendant, Refugio R. Flores, and in his defense he declares as follows:

1) That I was not properly served, & that according to the plaintiff I was served on May, 2012. See EXHIBIT A, Affidavit of no service (No Jurisdiction Exhibits B 1-5)

2) That Liton approved a trial period, and later rejected the fourth payment.

3) That I qualify for a loan Modification and that the last M. server is OCWEN, but the owner of the note is not clear due to the securitization of the loan. I request to see the original Note.

4) That pursuant to 735 ILCS 5/15-1507(c) Not all notices were given, and there are no "Notice of Grace Period", neither affidavits required for the sale.

5) That the sale was unfair, buying the Bank the house at not fair market price so the defendant couldn't redeem the property (tel 630 330 84 19)

Refugio R. Flores, non atorney, PRO-SE 21029 siegle Dr., Crest Hill, IL 60403

*[signature: Refugio Flores]*

IN THE CIRCUIT COURT OF UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

U.S. Bank, National Association, as Trustee under the Pooling and Servicing Agreement dated as of February 1, 2007, GSAMP Trust 2007-NC1, Mortgage Pass-Through Certificates, Series 2007-NC1

Plaintiff(s)

VS.

Court No.: 1:12-cv-1185

Defendant(s)

Refugio R. Flores, Asset Acceptance LLC, Midland Funding LLC s/i/i to Aspire Visa, Maria R. Flores

## AFFIDAVIT OF SPECIAL PROCESS SERVER

I, Charles Eskra, being first duly sworn on oath depose and state as follows: I am over the age of 18, not a party to this action, and an employee or agent of Firefly Legal, Inc., a licensed private detective agency, license number 117-001465.

Type of Process: Summons In a Civil Case and Complaint

Defendant to be served: Refugio R. Flores

ADDRESS WHERE ATTEMPTED OR SERVED: 21029 Siegle Drive, Crest Hill, IL, 60403

SERVED the within named defendant on: 5/2/2012 7:30:00 PM

✓ SUBSTITUTE SERVICE by leaving a copy of this process at his/her usual place of abode with: Guadalupe Flores, (Relationship): Daughter, a person residing therein who is the age of 13 years or upwards confirmed the defendant resides at the above address and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on or about 5/3/2012.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
Age: 18 Gender: Female Race: Hispanic Height: 5-6 Weight: 126-150 Hair: Black Eyes: Brown

Additional Comments:
Served daughter Guadalupe Flores. There are three cars parked in front: Ford pick-up with license plate 20491Z, Nissan van with license plate 9719670, and Pontiac with license plate A541607.

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the above statements set forth in this instrument are true and correct.

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

Subscribed and sworn before me on 5/4/2012

_____
Signature of Process Server

Notary Public

OFFICIAL SEAL
DENNIS MCMASTER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/10/16

Page 1 of 1

Reference Num: 2733466
File Number: 14374.7951

EXHIBIT A 2/2

March 6, 2014

To whom this may concern

I, Guadalupe Flores, was present at my university in Peoria, IL on the 2nd day of May, 2013. I was not present at my residence of 21029 Siegel dr. Crest Hill, IL. I never received any letters. I swear I never received any forms.

Guadalupe Flores

EXHIBIT A 1/2



# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF FEBRUARY 1, 2007, GSAMP TRUST 2007-NC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-NC1

CASE NUMBER: 1:12-cv-1185

PLAINTIFF

VS.

DISTRICT JUDGE: Charles R. Norgle, Sr.

REFUGIO R. FLORES, ASSET ACCEPTANCE LLC, MIDLAND FUNDING LLC S/I/I TO ASPIRE VISA,

MAGISTRATE JUDGE: Jeffrey T. Gilbert

DEFENDANT(S).

## ORDER

THIS CAUSE comes to be heard on Plaintiff's motion for the entry of an Order Approving the Report of Sale and Distribution, confirming the sale of the premises, which are the subject of the matter captioned above and described as:

LOT 117 IN RENAISSANCE CROSSING UNIT 1, BEING A SUBDIVISION OF THE EAST 1/2 OF THE WEST 1/2 OF THE SOUTHEAST 1/4 OF SECTION 19, TOWNSHIP 36 NORTH, RANGE 10, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED JULY 30, 2004, AS DOCUMENT NO. R2004-141106, IN WILL COUNTY, ILLINOIS.

Commonly known as 21029 Siegle Drive, Crest Hill, IL 60435
Property Index No. 11-04-19-408-012-0000

Due notice of said motion having been given, the Court having examined said report and being fully advised in the premises, FINDS:

That personal service was had against the Borrower Defendant(s), Refugio R. Flores;

That the real property that is the subject matter of the instant proceeding is a single family residence;

That all notices required by 735 ILCS 5/15-1507(c) were given;

That said sale was fairly and properly made;

B S/S

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

U.S. Bank, National Association, as Trustee under the Pooling and Servicing Agreement dated as of February 1, 2007, GSAMP Trust 2007-NC1, Mortgage Pass-Through Certificates, Series 2007-NC1,

CASE NUMBER: 1:12-cv-1185

PLAINTIFF

VS.

DISTRICT JUDGE: Charles R. Norgle, Sr.

Refugio R. Flores, Asset Acceptance LLC, Midland Funding LLC s/i/i to Aspire Visa,
DEFENDANT(S).

MAGISTRATE JUDGE: Jeffrey T. Gilbert

### ORDER

THIS CAUSE coming on to be heard on motion of the Plaintiff of an Order, pursuant to a Judgment of Foreclosure and Order of Sale entered in this matter, appointing a Special Commissioner pursuant to 735 ILCS 5/15-1506(f) and 28 U.S.C. §2001(a);

IT IS HEREBY ORDERED that The Judicial Sales Corporation is hereby appointed Special Commissioner for the purpose of the sale at public auction of the property that is the subject matter of this action, pursuant to a Judgment of Foreclosure and Order of Sale entered herein.

Dated: 6/22/2012

Entered: _Charles Ronald Norgle_
Judge

James N. Pappas #6291873
Burke Costanza & Carberry LLP
Attorneys for Plaintiff
225 W. Washington St, Suite 2200
Chicago, Illinois 60606
(219) 769-1313

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| U.S. Bank, National Association, as Trustee under the Pooling and Servicing Agreement dated as of February 1, 2007, GSAMP Trust 2007-NC1, Mortgage Pass-Through Certificates, Series 2007-NC1,<br>PLAINTIFF | CASE NUMBER: 1:12-cv-1185 |
| VS. | DISTRICT JUDGE: Charles R. Norgle, Sr. |
| Refugio R. Flores, Asset Acceptance LLC, Midland Funding LLC s/i/i to Aspire Visa,<br>DEFENDANT(S). | MAGISTRATE JUDGE: Jeffrey T. Gilbert |

### ORDER OF DEFAULT

THIS CAUSE coming on to be heard on motion of the Plaintiff for an Order of Default against the Defendant(s), Refugio R. Flores, Asset Acceptance LLC, Midland Funding LLC s/i/i to Aspire Visa, due notice having been given and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

An Order of Default is hereby entered against the Defendant(s), Refugio R. Flores, Asset Acceptance LLC, Midland Funding LLC s/i/i to Aspire Visa, for their failure to Answer or otherwise plead to the Plaintiff's Complaint and the Plaintiff's Complaint is hereby taken as confessed against each of them.

Dated: 6/22/2012    Entered: _Charles Ronald Norgle_
                                     Judge

James N. Pappas #6291873
Burke Costanza & Carberry LLP
Attorneys for Plaintiff
225 W. Washington St, Suite 2200
Chicago, Illinois 60606
(219) 769-1313

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

U.S. Bank, National Association
                               Plaintiff,

v.                                            Case No.: 1:12–cv–01185
                                                   Honorable Charles R. Norgle Sr.

Refugio R Flores, et al.
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 6, 2014:

      MINUTE entry before the Honorable Charles R. Norgle: Plaintiff's Motion for Order Approving Report of Sale and Distribution and Possession [29] is granted. The parties are not required to appear on Friday, March 7, 2014. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

B 2/5



# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

U.S. Bank, National Association, as Trustee under the Pooling and Servicing Agreement dated as of February 1, 2007, GSAMP Trust 2007-NC1, Mortgage Pass-Through Certificates, Series 2007-NC1,

CASE NUMBER: 1:12-cv-1185

PLAINTIFF

VS.

DISTRICT JUDGE: Charles R. Norgle, Sr.

Refugio R. Flores, Asset Acceptance LLC, Midland Funding LLC s/i/i to Aspire Visa,

MAGISTRATE JUDGE: Jeffrey T. Gilbert

DEFENDANT(S).

## JUDGMENT OF FORECLOSURE

THIS CAUSE coming on to be heard on Plaintiff's Motion for Default Judgment, the Court HEREBY FINDS:

1. The court has jurisdiction of the parties and the subject matter, and service of process has been properly made.

2. Pursuant to Federal Rule of Civil Procedure 54(b), this judgment is a final and appealable order.

3. The last owner of redemption was served on May 2, 2012.

4. The statutory right to reinstate, pursuant to 735 ILCS 5/15-1602, shall expire August 2, 2012.

5. The statutory right of redemption, pursuant to 735 ILCS 5/15-1603, shall expire December 2, 2012, unless shortened by further order of the court.

6. This judgment is fully dispositive of the interest of all Defendants. All the material allegations of the Complaint filed pursuant to 735 ILCS 5/15-1504 (including those required by statute, are true and proven. By entry of this Judgment for Foreclosure and Sale, the Mortgage and Note which is the subject matter of these proceedings is extinguished and replaced by Judgment. By virtue of the Mortgage and the evidence of the indebtedness secured by it, of the date and execution of Plaintiff's supporting judgment affidavit, there is due and owing to Plaintiff by the Defendant(s), Refugio R. Flores, and unto all and every Successor or Successors in Trust Under said Declaration of Trust, the following amounts which shall continue to be a valid and subsisting lien upon the subject property described hereinafter.