MA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

U.S. Bank Natl. Association )
Plaintiff )
)
)
v. )    Case Number:  12-CV-1185
)
)    Judge: Charles R. Norgle
Refugio R. Flores )
Defendant )
)

**NOTICE OF MOTION**

**FILED**

MAR 07 2014

**THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT**

TO:  Burke Costanza & Carberry LLP

9191 Broadway

Merrillville, IN 46410

**PLEASE TAKE NOTICE** that on  Friday 03/14/14  at  9:30 am, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge  Charles R. Norgle  or any judge sitting in his or her stead in **Courtroom  2341**  of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**

MOTION TO RECONSIDER JUDGMENT & CONFIRMATION
OF SALE

## CERTIFICATE OF SERVICE

I hereby certify that on  03/07/14 , I provided service to the person or persons listed above by the following means:  fax (219) 769 6806

Signature: _Refugio Flores_  Date:  03/07/14

Name (Print):  Refugio R. Flores

Address:  21029 Siegde Dr.  Phone:  (630) 330 8419

Crest Hill, IL 60403