UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAR 28 2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

U. S. Bank, National Association

**Plaintiff(s)**

V.

Refugio R. Flores

**Defendant(s)**

Case No. 12-CV-0185

Honorable Charles R. Norgle Sr.

Filing Exhibit F to support, and attach to MOTION TO RECONSIDER JUDGMENT & CONFIRMATION OF SALE

*/s/ Refugio Flores*
*/s/ Refugio Flores*

Refugio Flores
21029 Siegle Dr.
Crest Hill, IL. 60403
(630) 330 8419

# AFFIDAVIT  RE: 12CV1185

According to the affidavit of service presented by the plaintiff, the defendant was serviced by SUBSTITUTE SERVICE, by leaving a copy with my daughter, Guadalupe Flores, which simply is not true.

First, my daughter Guadalupe has witnesses, and records that prove she was at the gym at the alleged date, and time of service, 5/02/2012, 7:30 PM.

Second, my daughter Guadalupe doesn't even fit the description of the alleged person with whom the copy of this process was allegedly left.

According to the affidavit presented by the deffendant the served person's description was:

Weight: 126-150   Hair: Black   Eyes: Brown

compared to the physical description of my daughter Guadalupe as her ID shows:

Weight: 180 lbs.   Hair: Blond   Eyes: Green

Therefore I move the court to dismiss the plaintif's claim, and apply the penalties provided by the law pursuant to section 1-109 of the Illinois code of Civil Procedure.

Refugio J*S*

21029 Siegle Dr.
Crest Hill, IL. 60403
(630) 330 8419

EXHIBIT F